IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NUMBER: 4:08-CR-4 (CDL) |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 1343 |
| DANERYS GEORGE | : | WIRE FRAUD |
| | : | |

THE GRAND JURY CHARGES:

## INTRODUCTION

1. At all times material to this indictment, American Family Life Assurance Company (hereafter referred to as "AFLAC") was engaged in business both within and outside the state of Georgia. While AFLAC engages in various types of businesses, its primary function is to provide supplemental insurance to policyholders who are injured and unable to work.

2. At all times material to this indictment, defendant **DANERYS GEORGE** and her husband maintained a supplemental insurance policy with AFLAC. The defendant made claims on this policy by transmitting claim forms to AFLAC by facsimile from her home in Lebanon, Pennsylvania, which were received by AFLAC in their Columbus, Georgia headquarters.

## **THE SCHEME AND ARTIFICE**

From on or about May 1, 2006, to April 28, 2007, defendant **GEORGE** devised a scheme and artifice to defraud AFLAC and to obtain money from AFLAC by means of material false and fraudulent pretenses and representations that related to insurance claims submitted to AFLAC, which resulted in checks wrongfully being issued to **GEORGE** by AFLAC, as follows:

A. It was part of the scheme and artifice to defraud that defendendant **GEORGE** submitted multiple claims forms for cancer treatments that allegedly were provided to her in both the state of Florida and the state of Pennsylvania.

B. It was further part of the scheme and artifice that the claims submitted in paragraph A, above, were materially false and fraudulent for the reason that they were submitted for payment of cancer treatments that were not received by defendant **GEORGE**.

C. It was further part of the scheme and artifice that defendant **GEORGE**, after receiving payments from AFLAC on the false claims, converted the money to her own use. Between approximately May, 2006, and April, 2007, the defendant **GEORGE** wrongfully filed approximately 85 fraudulent claims with AFLAC and received approximately $136,400 from AFLAC.

## COUNTS 1 - 10

## WIRE FRAUD

## 18 U.S.C. §1343

Paragraphs 1, 2, and A through C above are incorporated by reference in each count below.

That on or about the dates alleged below in the Columbus Division of the Middle District of Georgia,

### DANERYS GEORGE,

defendant herein, having devised the above-described scheme and artifice to defraud and obtain money by means of material false pretenses and representations, for the purpose of executing and in order to effect this scheme and artifice, did knowingly transmit or cause to be transmitted in interstate commerce, by means of a wire communication, certain signs, signals, and sounds, that is, facsimiles of claim documents, which facsimiles originated and were transmitted in the state of Pennsylvania and then were received in the state of Georgia, at AFLAC's Columbus headquarters, each such facsimile being a separate count of this indictment and being more particularly described as follows, according to the approximate date of the facsimile, the claim number, and the approximate amount paid by AFLAC on the claim:

3

| COUNT | DATE | CLAIM NO. | AMOUNT PAID ON CLAIM |
|---|---|---|---|
| 1 | 2-17-07 | 192303000 | $1,800.00 |
| 2 | 2-24-07 | 724703011 | $1,800.00 |
| 3 | 3-3-07 | 702403021 | $1,800.00 |
| 4 | 3-10-07 | 919503038 | $1,800.00 |
| 5 | 3-17-07 | 824403047 | $1,800.00 |
| 6 | 3-24-07 | 981803059 | $1,800.00 |
| 7 | 3-31-07 | 728503068 | $1,800.00 |
| 8 | 4-7-07 | 821303084 | $3,600.00 |
| 9 | 4-21-07 | 582503092 | $1,800.00 |
| 10 | 4-28-07 | 165803109 | $1,800.00 |

all in violation of Title 18, United States Code, Section 1343.

A TRUE BILL.

_____
S/FOREPERSON OF THE GRAND JURY

*[signature]*
MELVIN E. HYDE, JR.
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 16th day of Jan., A.D. 2008.

_____
**DEPUTY CLERK**